**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ARSENIO ANAYA,

     Petitioner,

v.                                           No. CV 21-834 KG/CG

FNU HATCH, et al.,

     Respondents.

## ORDER TO CURE DEFICIENCY

**THIS MATTER** is before the Court on Arsenio Anaya's 28 U.S.C. § 2254 Habeas Petition, (Doc. 1). The filing is deficient because Mr. Anaya has not prepaid the $5.00 habeas fee or, alternatively, filed a motion to proceed *in forma pauperis* supported by a six-month inmate account statement. Mr. Anaya must cure this deficiency by January 7, 2022. The civil action number (21-cv-0834 KG-CG) should be included on all filings. Failure to timely comply with this Order will result in dismissal of the case without further notice.

**IT IS THEREFORE ORDERED** that by **January 7, 2022**, Mr. Anaya must either prepay the $5.00 habeas fee or, alternatively, file a motion to proceed *in forma pauperis* along with a certified account statement for the period between February 26, 2021 and August 26, 2021.

**IT IS FURTHER ORDERED** that the Clerk's Office is directed to mail to Mr. Anaya, along with a copy of this Order, a form motion to proceed *in forma pauperis*.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE

2