### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

ARSENIO ANAYA,

    Petitioner,

v.                                                      No. CV 21-834 KG/CG

FNU HATCH, et al.,

    Respondents.

### ORDER FOR STATUS REPORT AND REPLY

**THIS MATTER** is before the Court on Respondents' *Notice of Re-Mailing of Respondents' Answer to Arsenio Anaya's Pro Se Petition for Writ of Habeas Corpus (28 U.S.C. § 2254) [Doc. 1] [Doc. 10]* (the "Notice"), (Doc. 13), filed February 7, 2022. In the Notice, Respondents state that counsel mailed a copy of their *Answer to Arsenio Anaya's* Pro Se *Petition for Writ of Habeas Corpus (28 U.S.C. § 2254) [Doc. 1]* ("Respondents' Answer"), (Doc. 10), to Petitioner Arsenio Anaya on January 13, 2022. (Doc. 13 at 2). However, on February 7, 2022, the answer was returned to sender, marked "Not Deliverable as Addressed." *Id.* Respondents have since contacted Mr. Anaya's facility by phone, verified Mr. Anaya's mailing address, and re-mailed their answer to the same address. *Id.*

**IT IS THEREFORE ORDERED** that by **March 11, 2022**, Respondents shall update the Court on the status of service.

**IT IS FURTHER ORDERED** that, if Mr. Anaya would like to file a reply to Respondents' Answer, he shall have thirty days from the date he receives Respondents' Answer to file his reply.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE