# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ARSENIO ANAYA,

    Petitioner,

v.                                                          No. CV 21-834 KG/CG

FNU HATCH, et al.,

    Respondents.

### ORDER GRANTING LEAVE TO PROCEED *IN FORMA PAUPERIS*

    This matter is before the Court on Petitioner Arsenio Anaya's *Application to Proceed in District Court Without Prepaying Fees or Costs* (the "Motion"), (Doc. 16), filed March 18, 2022. Mr. Anaya seeks to prosecute his 28 U.S.C. § 2254 habeas proceeding *in forma pauperis. See* 28 U.S.C. § 1915(a)-(b). The Court, having reviewed his affidavit as well as the record in this case, will therefore grant the Motion.

    **IT IS THEREFORE ORDERED** that Mr. Anaya's *Application to Proceed in District Court Without Prepaying Fees or Costs*, (Doc. 16), is **GRANTED**.

    **IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE