IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ARSENIO ANAYA,

    Plaintiff,

v.                                                               CV No. 21-0834 KG/GBW

FNU HATCH, Warden, and
HECTOR BALDERAS, Attorney General
of the State of New Mexico,

    Defendants.

## ORDER ADOPTING PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

This matter comes before the Court on Chief Magistrate Judge Carmen Garza's Proposed Findings and Recommended Disposition (PFRD), filed July 15, 2022. (Doc. 27). In the PFRD, Judge Garza recommended that the Court deny Mr. Anaya's Motion to Amend, deny his petition pursuant to 28 U.S.C. § 2254 (Doc. 1), and deny a Certificate of Appealability pursuant to 28 U.S.C. § 2253(c). (Doc. 27).

The parties were notified that written objections to the PFRD were due within fourteen (14) days of the date the PFRD was filed. *Id.* at 8. No objections were filed, and the deadline for doing so has passed. The recommendation of Judge Garza is therefore adopted by this Court.

IT IS THEREFORE ORDERED that Mr. Anaya's Motion to Amend, petition pursuant to 28 U.S.C. § 2254, and request for a Certificate of Appealability pursuant to 28 U.S.C. § 2253(c) are denied, and this case is dismissed with prejudice.

IT IS SO ORDERED.

                                                                                       _____
                                                                                       UNITED STATES DISTRICT JUDGE